**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*By:*  Steven J. Bushinsky, Esquire
       W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND; *et. al.*, | Case No. 1:19-cv-04563-RBK-AMD |
| *Plaintiffs,* | |
| v. | **DEFAULT JUDGMENT** |
| TRICOMM SERVICES CORPORATION, | |
| *Defendant.* | |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 20TH day of May 2019;

**ORDERED and ADJUDGED** that the Plaintiffs recover of Defendant Tricomm Services Corporation the sum of **$9,654.87**, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Robert B. Kugler, U.S.D.J.